UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> 7-ELEVEN INC., d/b/a 7-Eleven Store ) <br> #20298; RYAN LIMITED LIABILITY ) <br> COMPANY, as an entity, and d/b/a 7-Eleven ) <br> Store #20298; SCHDEVA PROPERTIES ) <br> LIMITED LIABILITY COMPANY; and ) <br> DOES 1-10, Inclusive, ) <br> ) <br> Defendants. ) | No. 1:15-cv-01021---SKO <br><br> **ORDER DIRECTING CLERK TO UPDATE DOCKET** |

On June 24, 2015, Plaintiff Cynthia Hopson ("Plaintiff") filed a notice of voluntary dismissal against Defendant Ryan Limited Liability Company, d/b/a 7-Eleven Store #20298, pursuant to Federal Rule of Civil Procedure 41(a)(1). (Doc. 6.)

In relevant part, Rule 41(a)(1) provides as follows:

> [A] plaintiff may dismiss an action with a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically

1  terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of*
2  *San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).
3      Because Plaintiff filed a notice of dismissal of Defendant Ryan Limited Liability
4  Company under Rule 41(a)(1)(A)(i), the claims against that defendant have been automatically
5  terminated without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i); 41(a)(1)(B).
6      Accordingly IT IS HEREBY ORDERED that the Clerk of the Court is to
7  administratively update the docket to reflect that all claims against Defendant Ryan Limited
8  Liability Company have been dismissed without prejudice, and this Defendant is terminated
9  from the lawsuit.

10
11  IT IS SO ORDERED.
12    Dated: __**August 13, 2015**__                   __**/s/ Sheila K. Oberto**__
13                                                      UNITED STATES MAGISTRATE JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28