UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **CYNTHIA HOPSON**, | Case No.: 1:15-cv-1021-SKO |
| PLAINTIFF, | |
| v. | **STIPULATED DISMISSAL WITH PREJUDICE; ORDER THEREON** |
| **7-ELEVEN INCORPORATED**, dba, 7-Eleven Store #21333-2243, **RYAN LLC**, as an entity, and dba 7-Eleven Store #21333-2243, **MARY GAIL FLOYD**, as an individual, and, in her representative capacity for the Mary Gail Floyd Family 2004 Trust, DOES 1-10, inclusive, | [Fed. R. Civ. P. 41] |
| DEFENDANTS. | |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety as to all parties, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Respectfully submitted,

Dated: December 28th, 2015

/s/Daniel Malakauskas
Daniel Malakauskas,
Attorney for Plaintiff

Dated:  December 28th, 2015

/s/Michael S. Orr
Michael S. Orr
Attorneys for Defendants

## **ORDER**

The parties having so stipulated, IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety as to all parties. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:    **December 29, 2015**                          **/s/ Sheila K. Oberto**
                                                                           UNITED STATES MAGISTRATE JUDGE